# AFFIDAVIT OF SERVICE

| Case:<br>7:21-cv-04685-NSR | Court:<br>United States District Court for the Southern District of New York | County:<br>NEW YORK, NY | Job:<br>5729496 (120) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Shaya Friedman | | Defendant / Respondent:<br>SELLERSFUNDING CORP. / SELLERSFUNDING PORTFOLIO LLC, and Experian Information Solutions, Inc., | |
| Received by:<br>Manhattan Process Server, LLC | | For:<br>Reliable Process Services | |
| To be served upon:<br>Experian Information Solutions, Inc., | | | |

I, William Cancroft, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Experian Information Solutions, Inc., , CORPORATE: 28 Liberty Street, New York, New York 10005
**Manner of Service:** Registered Agent, May 28, 2021, 1:00 pm EDT
**Documents:** Summons and Complaint.PDF

### Additional Comments:
1) Successful Attempt: May 28, 2021, 1:00 pm EDT at CORPORATE: 28 Liberty Street, New York, New York 10005 received by Experian Information Solutions, Inc., . Age: 34; Weight: 34; Height: 5'4"; Hair: Brown; Eyes: Brown; Other: Gina Martinez ; Authorized Agent

_____        6/3/21
William Cancroft                 Date

Manhattan Process Server, LLC
90 Broad St. Suite 354
New York, NY 10004

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/3/21
Date         Commission Expires

KEVIN MCCARTHY
NOTARY PUBLIC, State of New York
No. 01MC6163828
Qualified in Nassau County
Commission Expires 06/06/2023