UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAYA FRIEDMAN,<br><br>   Plaintiff,<br><br> v.<br><br>SELLERSFUNDING CORP., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>   Defendants. | Case No. 7:21-cv-04685-NSR<br><br>ECF Case |

<u>EXPERIAN INFORMATION SOLUTIONS, INC.'S
RULE 7.1 DISCLOSURE STATEMENT</u>

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned attorneys, and for its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, submits the following statement of corporate interests to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

-2-

Dated: New York, New York
       June 14, 2021

Respectfully submitted,

*/s/ Joseph M. Norena*
Joseph M. Norena
JONES DAY
250 Vesey Street
New York, New York 10281-1047
Tel: (212) 326-3457
Fax: (212) 755-7306
Email Address: jnorena@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I, Joseph M. Norena, certify that on June 14, 2021, I caused the foregoing EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                                     */s/ Joseph M. Norena*  
                                                      Joseph M. Norena