# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-3457
jnorena@jonesday.com

June 14, 2021

BY ECF

Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re:   *Shaya Friedman v. SellersFunding Corp., and Experian Information Solutions, Inc.*
           Case No. 7:21-cv-04685-NSR (S.D.N.Y.)
           Experian's Motion for Extension of Time to Respond to Complaint

Dear Judge Román:

    Defendant Experian Information Solutions, Inc. ("Experian") requests a 30-day extension of time to answer, move, or otherwise respond to the complaint, which would make the new deadline July 23, 2021.

    The current deadline for Experian to respond to the complaint is June 23, 2021, based on the date of service provided by Experian's designated service of process agent. This is the first request for an extension submitted by Experian. Counsel for plaintiff, Alain Cesar, consents to the motion.

    Experian is requesting the extension so that it has time to collect and review initial documents related to allegations in plaintiff's complaint.

                                      Respectfully submitted,

                                      */s/ Joseph M. Norena*

                                      Joseph M. Norena

cc:     All counsel of record (by ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON