# AFFIDAVIT OF SERVICE

| Case:<br>7:21-cv-04685-NSR | Court:<br>United States District Court for the Southern District of New York | County:<br>NEW YORK, NY | Job:<br>5756449 (124) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Shaya Friedman | | Defendant / Respondent:<br>SELLERSFUNDING CORP. / SELLERSFUNDING PORTFOLIO LLC, and Experian Information Solutions, Inc., | |
| Received by:<br>Manhattan Process Server, LLC | | For:<br>Reliable Process Services | |
| To be served upon:<br>SELLERSFUNDING CORP. / SELLERSFUNDING PORTFOLIO LLC, and Experian Information Solutions, Inc., | | | |

I, William Cancroft, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** SELLERSFUNDING CORP. / SELLERSFUNDING PORTFOLIO LLC, and Experian Information Solutions, Inc., , CORPORATE: 450 LEXINGTON AVE 4th Floor, NEW YORK, NY 10017

**Manner of Service:** Substitute Service - Business, Jun 7, 2021, 11:52 am EDT

**Documents:** Summons and ComplaintPDF

### Additional Comments:
1) Successful Attempt: Jun 7, 2021, 11:52 am EDT at CORPORATE: 450 LEXINGTON AVE 4th Floor, NEW YORK, NY 10017 received by SELLERSFUNDING CORP. / SELLERSFUNDING PORTFOLIO LLC, and Experian Information Solutions, Inc., . Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'6"; Hair: Brown; Eyes: Brown; Other: Janet Humphreys ;
We Work Office. Requested documents to be placed in an envelope.

William Cancroft    Date 6/14/21

Manhattan Process Server, LLC
90 Broad St. Suite 354
New York, NY 10004

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

6/14/21

Date    Commission Expires

KEVIN MCCARTHY
NOTARY PUBLIC, State of New York
No. 01MC6163828
Qualified in Nassau County
Commission Expires 06/06/2023